RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13773
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Janelle C. James

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANELLE C. JAMES,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00218-RFB-EJY<br><br>**MOTION FOR LEAVE TO FILE MOTION UNDER SEAL** |

　　　　Undersigned counsel is filing an Unopposed Emergency Motion to Modify Conditions of Pretrial Release. Defense counsel believes this information will assist the Court in evaluating the motion. Because this motion contains allegations of domestic violence by a third-party against Janelle James, it should be filed under seal and remain under seal. Undersigned counsel will serve the sealed motion on the government via electronic mail.

**CONCLUSION**

For the foregoing reasons, undersigned counsel respectfully requests leave to file under seal Ms. James's Unopposed Emergency Motion to Modify Conditions of Pretrial Release, and requests that the Court maintain it under seal.

DATED this 8th of April, 2021.

<div style="text-align: right;">

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/ Kathryn C. Newman*
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Attorney for Janelle C. James

</div>

ORDER

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: April 8, 2021.

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on April 8, 2021, she served an electronic copy of the above and foregoing **MOTION FOR LEAVE TO FILE MOTION UNDER SEAL** by electronic service (ECF) to the person named below:

CHRISTOPHER CHIOU
Acting United States Attorney
ANDREW W. DUNCAN
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Marlene Mercado*
Employee of the Federal Public Defender