RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joanne_Diamond@fd.org

Attorney for Janelle C. James

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00218-RFB-EJY |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE** (Expedited Treatment Requested) |
| v. | |
| JANELLE C. JAMES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Andrew Duncan, Assistant United States Attorney, counsel for the United States of America, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Janelle James, that the Court modify her conditions of release.

The Stipulation is entered into for the following reasons:

1. On January 8, 2021, the Court ordered Ms. James' release on a personal recognizance bond with certain conditions, including a travel restriction to the State of Nevada. ECF No. 24 at 3.

2. Ms. James' closest family members live in Coleville, California. Coleville is an approximately 10 to 15-minute drive across the Nevada state line into California. Ms. James

just learned that her brother committed suicide yesterday. She would like to travel to Coleville to be with her family and to make occasional trips to visit her family going forward.

3. Counsel has spoken with Pretrial Services concerning this issue. Pretrial Services confirmed that Ms. James has been compliant with the terms of her release and has no opposition to her traveling to California at this time and making occasional trips to visit her family going forward. Pretrial Services requests this Court issue an order allowing Ms. James to travel to California at the discretion of Pretrial Services.

4. The government has no objection to this requested modification.

DATED this 1st day of July 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Andrew Duncan*<br>ANDREW DUNCAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00218-RFB-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| JANELLE C. JAMES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that Ms. James' conditions of release be modified to allow for Ms. James to travel to Coleville, California, at the discretion of Pretrial Services.

DATED this  2nd  day of July, 2021.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE