1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   JOANNE L. DIAMOND
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Joanne_Diamond@fd.org
6
7  Attorney for Janelle C. James

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00218-RFB-EJY |
| Plaintiff, | **UNOPPOSED MOTION TO CONTINUE SENTENCING** |
| v. | (First Request) |
| JANELLE C. JAMES, | |
| Defendant. | |

Janelle James, through counsel, respectfully requests that the sentencing hearing currently scheduled for August 12, 2021, at 11:00 a.m., be vacated and continued to a date and time convenient to this Court, but no sooner than ninety (90) days. The government does not oppose this request.

/ / /

/ / /

Undersigned counsel is new to this case and needs additional time to prepare for sentencing with Ms. James. The additional time requested is not sought for purposes of delay and is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule." Ms. James is out of custody and agrees with the need for the continuance. This is the first request for a continuance of the sentencing hearing.

DATED this 12th of July, 2021.

                        RENE L. VALLADARES
                        Federal Public Defender

By: */s/ Joanne L. Diamond*
     JOANNE L. DIAMOND
     Assistant Federal Public Defender
     Attorney for Janelle C. James

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 12, 2021, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING** by electronic service (ECF) to the person named below:

CHRISTOPHER CHIOU
Acting United States Attorney
ANDREW W. DUNCAN
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

/s/ Marlene Mercado
Employee of the Federal Public Defender

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00218-RFB-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| JANELLE C. JAMES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for August 12, 2021, at the hour of 11:00 a.m., be vacated and continued to November 16, 2021 at the hour of 10:00 a.m.

DATED this 13th day of July, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE